DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Armstrong & Armstrong, P.A. v. Rhodes<br><br>Case below:<br>176 N.C. App. 407 | No. 186P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-146) | Denied 10/05/06 |
| Barnes v. Kochhar<br><br>Case below:<br>178 N.C. App. 489 | No. 506P06 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA05-1452)<br><br>2. Defs' (Kochhar & Outcomes, Inc.) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 11/16/06<br><br>2. Dismissed as Moot 11/16/06 |
| Baxley v. Jackson<br><br>Case below:<br>179 N.C. App. ——<br>(3 October 2006) | No. 548P06 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-1428)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 11/16/06<br><br>2. Dismissed as Moot 11/16/06 |
| Bio-Medical Applications of N.C., Inc. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>179 N.C. App. ——<br>(19 September 2006) | No. 549A06 | 1. Plaintiff's NOA Based Upon a Dissent (COA05-294)<br><br>2. Plaintiff's Motion for Temporary Stay<br><br>3. Plaintiff's Petition for Writ of Supersedeas<br><br>4. Plt's PDR as to Additional Issues | 1. ——<br><br>2. Allowed 10/25/06<br><br>3. Allowed 11/16/06<br><br>4. Denied 11/16/06 |
| Booker-Douglas v. J&S Truck Service, Inc.<br><br>Case below:<br>178 N.C. App. 174 | No. 375P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1026)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/05/06<br><br>2. Dismissed as Moot 10/05/06 |
| Chestnut Branch, L.L.C. v. Public Interest Projects, Inc.<br><br>Case below:<br>177 N.C. App. 148 | No. 291P06 | 1. Def's (Public Interest Projects) PDR Under N.C.G.S. § 7A-31 (COA04-1406)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/05/06<br><br>2. Dismissed as Moot 10/05/06 |
| City of Charlotte v. Hurlahe<br><br>Case below:<br>178 N.C. App. 144 | No. 387P06 | 1. Defs' (John and Linda Hurlahe) PDR Under N.C.G.S. § 7A-31 (COA05-1074)<br><br>2. Defs' (Hurlahe) Motion to Withdraw PDR | 1. ——<br><br>2. Allowed 10/05/06 |